IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAMIEN WILKINSON, | § | |
| | § | |
| Defendant Below, | § | No. 74, 2022 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 0806022824 (N) |
| | § | |
| Appellee. | § | |

Submitted: May 12, 2022
Decided: July 18, 2022

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## ORDER

After careful consideration of the appellant's opening brief, the appellee's motion to affirm, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's order denying the appellant's fourth motion for postconviction relief. The appellant has not pleaded with particularity new evidence of actual innocence or that a new, retroactive rule of constitutional law renders his convictions invalid.[1] Nor has he asserted any claim that the Superior Court lacked jurisdiction.[2]

---

[1] Del. Super. Ct. Crim. R. 61(d)(2).
[2] Del. Super. Ct. Crim. R. 61(i)(5).

NOW, THEREFORE, IT IS ORDERED that motion to affirm is GRANTED

and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice